**Muhammad Shabazz FARRAKHAN, aka Ernest S. Walker; Al–Kareem Shadeed; Marcus X. Price; Ramon Barrientes; Timothy Schaaf; Clifton Briceno, Plaintiffs–Appellants,**

v.

**Christine O. GREGOIRE; Sam Reed; Harold W. Clarke; State of Washington, Defendants–Appellees.**

No. 06–35669.

United States Court of Appeals, Ninth Circuit.

April 28, 2010.

Debo P. Adegbile, Norman J. Chachkin, Ryan P. Haygood, Theodore M. Shaw, NAACP Legal Defense & Education Fund, Inc., New York, NY, Larry A. Weiser, University Legal Assistance, Spokane, WA, for Plaintiffs–Appellants.

Jeffrey T. Even, Daniel J. Judge, Carol A. Murphy, AGWA–Office of the Washing-

ton Attorney General, Olympia, WA, for Defendants–Appellees.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.